# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CURTIS LUNDY DOWNING,

    Petitioner,

vs.

BRIAN E. WILLIAMS, et al.,

    Respondents.

Case No. 2:10-CV-00833-KJD-(LRL)

**ORDER**

    Respondents have submitted a motion to dismiss (#11). Petitioner has not opposed the motion, and in fact he has submitted a motion to voluntarily dismiss petition (#16). Good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion to dismiss (#11) is **GRANTED**.

    IT IS FURTHER ORDERED that petitioner's motion to voluntarily dismiss petition (#16) is **GRANTED**.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice. The clerk of the court shall enter judgment accordingly.

    DATED: April 5, 2011

_____
KENT J. DAWSON
United States District Judge